FILED
2022 Jul-08  PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| WILLIAM RANDALL DOWDY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-01252-LSC-SGC |
| ) | |
| SOUTHERN HOME HEALTH ) | |
| PARTNERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On June 1, 2022, the magistrate judge entered a report recommending this matter, filed *pro se* by William Randall Dowdy, Jr., pursuant to 42 U.S.C. § 1983, be dismissed for failure to prosecute.  (Doc. 12).  The report and recommendation has been returned by the Postal Service as undeliverable.  (Doc. 13).

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.  Consistent with that recommendation, the claims in this matter will be dismissed for failure to prosecute.  A final judgment will be entered.

**DONE** and **ORDERED** on July 8, 2022.

L. Scott Coogler
United States District Judge

160704